RECEIVED

JUN - 7 2011

TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BRAYLON JAMES GUIDRY, ET AL | CIVIL ACTION NO. 2:08-CV-3000 |
| VERSUS | JUDGE DONALD E. WALTER |
| GEORGIA GULF LAKE CHARLES, LLC, ET AL | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #209], and after an independent review of the record, there being no written objections filed by Plaintiffs, and determining that the findings are correct under applicable law;

**IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment [Doc. #122] be and is hereby **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 7 day of May, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE