RECEIVED
IN LAKE CHARLES, LA

JUN 1 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

Date:     JUNE 16, 2011
Present:  DONALD E. WALTER, JUDGE, PRESIDING
          Court Reporter, Martha Frye
          Minute Clerk, Jo Ann Benoit

Court Opened: 3:00 P.M.
Court Adjourned 3:15 P.M.
Statistic time: /15

## MINUTES OF COURT

Case number: **2:08-CV-3000**

BRAYL0N JAMES GUIDRY, ET AL           VS.        GEORGIA GULF LAKE CHARLES, LLC, ET AL

Appearances:
J. Arthur Smith, III and Seth Matthew Dornier for Plaintiffs
F. Charles Marionneaux, John E. W. Baay, II and Ernest P. Gieger, Jr. for defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE CALLED FOR:
____ Hearing on motions                          FILINGS:
____ Jury Selection Only
____ Trial With Jury _____ Day
 X   Other: hearing Re: doc. 238

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case called for hearing on the Report and Recommendation (Doc. #210) as well as the Appeals of the Magistrate Judge's Rulings (Doc. #212-18)

Doc. 215 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 120 Motion in Limine regarding Dr. Cary Rostow. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 212 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 129 Motion to Strike Untimely Reports of Dr. Cary Rostow. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 216 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 126 Motion to Strike John Black from Plaintiffs' Expert Witness List. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 218 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 115 Motion in Limine to Exclude Testimony of Plaintiffs' Putative Expert, Dr. Gary Miller. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 213 Appeal of Magistrate Judge Decision to District Judge re 211 Order denying 149 Motion for Permission to supplement Expert Reports by Dr. Gary Miller and Mr. John Black. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 214 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 118 Motion in Limine regarding Dr. Harold Brand. RULING OF MAGISTRATE JUDGE AFFIRMED.

Doc. 217 Appeal of Magistrate Judge Decision to District Judge re 211 Order granting 143 Motion in Limine to Exclude all references to the report and opinions of Dr. William Zegel. RULING OF MAGISTRATE JUDGE AFFIRMED.

CONTINUED ON PAGE TWO

PAGE TWO
continuation of minutes of court
July 16, 2011

Case number: **2:08-CV-3000**

BRAYL0N JAMES GUIDRY , ET AL          VS.          GEORGIA GULF LAKE CHARLES, LLC, ET AL

Plaintiffs' Objection (doc. 228) to Magistrate Judge's Report and Recommendation (doc. 210) is taken up.  Confrontational conduct by Mr. Smith was placed on the record.
The Court affirms the Report and Recommendation (doc.210) and grants Motion for Summary Judgment (doc.123).
The Court will consider what action, if any, should be taken against Mr. Smith.