RECEIVED
IN LAKE CHARLES, LA
JUN 1 6 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRAYLON JAMES GUIDRY** | : | **DOCKET NO. 2:08-3000** |
| VS. | : | **JUDGE WALTER** |
| **GEORGIA GULF LAKE CHARLES, LLC, et al** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (doc. 123) filed by defendants, Georgia Gulf of Lake Charles, LLC and Chartis Specialty Insurance Company be **GRANTED** hereby dismissing any and all claims filed against them by all Plaintiffs.

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this the 16 day of June, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE